UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *EX REL*. ELIZABETH DRESCHER, <br><br> Plaintiff, <br><br> v. <br><br> HIGHMARK, INC., <br><br> Defendant. | CIVIL ACTION NO. <br> 03-CV-4883 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action with prejudice.

| ELIZABETH DRESCHER | THE UNITED STATES | HIGHMARK, INC. |
|---|---|---|
| /s/ Mitch Kreindler <br> Mitchell R. Kreindler <br> Kreindler & Associates, PC <br> 7 Great Valley Parkway, <br> Suite 210 <br> Malvern, PA 19355-1425 <br> 610.889.1100 | /s/ Margaret Hutchinson <br> Margaret L. Hutchinson <br> Assistant U.S. Attorney <br> 615 Chestnut Street, <br> Suite 1250 <br> Philadelphia, PA 19106 <br> 215.861.8282 | /s/ Kathleen Karelis <br> Kathleen E. Karelis <br> Jenner & Block LLP <br> 601 Thirteenth Street, N.W., <br> 12th Floor <br> Washington, D.C. 20005 <br> 202.639.6892 |
| COUNSEL FOR RELATOR ELIZABETH DRESCHER | COUNSEL FOR PLAINTIFF UNITED STATES | COUNSEL FOR DEFENDANT HIGHMARK, INC. |

APPROVED:

_____
Anita B. Brody, J.

## CERTIFICATE OF SERVICE

I certify that on June 15, 2006, the foregoing Stipulation of Dismissal with Prejudice was filed electronically and is available for viewing and downloading from the Electronic Case Filing (ECF) System. The following counsel of record were served electronically via the ECF System:

Virginia A. Gibson, Esq.
virginia.gibson@usdoj.gov
althea.brown@usdoj.gov
civil.ecf@usdoj.gov

Margaret L. Hutchinson, Esq.
margaret.hutchinson@usdoj.gov
luvonn.bowman@usdoj.gov

Andrew J. Soven, Esq.
asoven@reedsmith.com
sorourke@reedsmith.com

Natalie C. Moritz, Esq.
nmoritz@reedsmith.com
jpierson@reedsmith.com

On the same date, the following counsel of record were served with a copy of the filing by first-class mail, postage prepaid:

David B. Wiseman, Esq.
Commercial Litigation Branch
Civil Division – Fraud Section
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

Kathleen E. Karelis, Esq.
W. Jay Devecchio, Esq.
Jenner & Block, LLP
601 Thirteenth Street, N.W.
12th Floor
Washington, D.C.  20005

W. Thomas McGough, Esq.
Reed, Smith, Shaw & McClay
435 6th Avenue
Pittsburgh, PA  15219

*s/ Mitch Kreindler*
Mitchell R. Kreindler